STACY TOLCHIN (SBN 217431)
Stacy@tolchinimmigration.com
MEGAN BREWER (SBN 268248)
Megan@tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: (213) 622-7450
Fax: (213) 622-7233

Counsel for Plaintiff

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
RANDY HSIEH (Cal. Bar No. 312087)
ALEXANDRA YOUNG (Cal. Bar No. 336004)
Assistant United States Attorneys
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-6585 / -8805 (Young)
E-mail: Randy.Hsieh@usdoj.gov
Alexandra.Young@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Jesus Aristeo CRUZ UITZ,

Plaintiff,

v.

Kristi NOEM, et al.,

Defendants.

No. 2:25-cv-06420-MWF-AJR

**STIPULATION TO CONTINUE JANUARY 8, 2026 PRE-MEDIATION CONFERENCE BY APPROXIMATELY THIRTY (30) DAYS**

**[Filed Concurrently with the [Proposed] Order]**

Honorable A. Joel Richlin
United States Magistrate Judge

IT IS HEREBY STIPULATED by and between plaintiff Jesus Aristeo Cruz Uitz ("Plaintiff") and the Federal Defendants (together, the "Parties"), that the Court continue the pre-mediation videoconference scheduled for January 8, 2026 at 1:30 p.m. by approximately thirty (30) days. The Parties respectfully submit that good cause exists to approve this stipulation based on the following:

1. On October 15, 2025, the Court held its first pre-mediation videoconference on this case. Dkt. 25.

2. On December 1, 2025, the Court held its second pre-mediation videoconference on this case with a third scheduled for January 8, 2026 at 1:30 p.m. Dkt. 31.

3. On December 12, 2025 the Court granted the Parties' second stipulation, continuing the trial date to April 14, 2026. Dkt. 34. The Parties indicated in their stipulation that efforts would be made to explore potential settlement options. Dkt. 33.

4. As of this filing, the Parties are still exploring potential settlement options and believe that they will have a better sense of whether any such options are viable in the next thirty days.

5. Therefore, the Parties respectfully request that this Court continue the currently scheduled pre-mediation conference from January 8, 2026 to a date on or after February 11, 2026.

///

///

///

///

///

///

///

///

///

Respectfully submitted,

Dated: January 6, 2026

*/s/ Stacy Tolchin*
STACY TOLCHIN (SBN 217431)*
Stacy@tolchinimmigration.com
MEGAN BREWER (SBN 268248)
Megan@tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: (213) 622-7450
Fax: (213) 622-7233

Counsel for Plaintiff

Dated: January 6, 2026

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

*/s/ Randy Hsieh*
RANDY HSIEH
ALEXANDRA YOUNG
Assistant United States Attorneys

Attorneys for Federal Defendants

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.