STACY TOLCHIN (SBN 217431)
Stacy@tolchinimmigration.com
MEGAN BREWER (SBN 268248)
Megan@tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
234 E. Colorado Blvd. Suite 230
Pasadena, CA 91101
Tel: (213) 622-7450
Fax: (213) 622-7233

Counsel for Plaintiff

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
RANDY HSIEH (Cal. Bar No. 312087)
ALEXANDRA YOUNG (Cal. Bar No. 336004)
Assistant United States Attorneys
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-6585 / -8805 (Young)
E-mail: Randy.Hsieh@usdoj.gov
Alexandra.Young@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Aristeo CRUZ UITZ,<br>Plaintiff,<br>v.<br>Kristi NOEM, et al.,<br>Defendants. | No. 2:25-cv-06420-MWF-AJR<br>**JOINT STIPULATION OF DISMISSAL**<br>Honorable Michael W. Fitzgerald<br>United States District Judge |

IT IS HEREBY STIPULATED by and between plaintiff Jesus Aristeo Cruz Uitz ("Plaintiff") and the Federal Defendants (together, the "Parties"), that this case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: February 9, 2026

*/s/ Stacy Tolchin*

STACY TOLCHIN (SBN 217431)
Stacy@tolchinimmigration.com
MEGAN BREWER (SBN 268248)
Megan@tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
234 E. Colorado Blvd. Suite 230
Pasadena, CA 91101
Tel: (213) 622-7450
Fax: (213) 622-7233

Counsel for Plaintiff

Dated: February 9, 2026

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

*/s/ Randy Hsieh**

RANDY HSIEH
ALEXANDRA YOUNG
Assistant United States Attorneys

Attorneys for Federal Defendants

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.